UNITED STATES of America

v.

Yakov BABCHINETSKIY, a/k/a Yan a/k/a Jacob, Yakov Babchinetskiy, Appellant.

No. 11–1574.

United States Court of Appeals, Third Circuit.

Argued April 20, 2012.

May 15, 2012.

Linda I. Marks, Esq., United States Department of Justice Office of Consumer Litigation, Washington, DC, Richard J. Zack, Esq., Pepper Hamilton, Philadelphia, PA, for Appellee.

Peter Goldberger, Esq., Ardmore, PA, Angela Halim, Esq., Attorney, Ahmad & Zaffarese, Philadelphia, PA, Jeffrey H. Lichtman, Esq., New York, NY, for Appellant.

Before: McKEE, Chief Judge, SLOVITER, Circuit Judge and O'CONNOR, Associate Justice (Ret.).*

JUDGMENT ORDER

This cause came on to be heard on the record from the United States District Court for the Eastern of Pennsylvania and was argued on April 20, 2012.

* Hon. Sandra Day O'Connor, Associate Justice (Ret.) of the Supreme Court of the United

On consideration whereof, inasmuch as we conclude that there was no plain error, it is now hereby ADJUDGED and ORDERED that the amended judgments of the District Court entered on January 20, 2011 and February 1, 2011 be and the same are hereby affirmed.